Russell A. Cline (4298)
Crippen & Cline LC
340 East 400 South, Suite 25
Salt Lake City, Utah 84111
(801) 539-1900 Office
(801) 322-1054 Facsimile

*Attorney for Plaintiff*
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
_____

| | |
|---|---|
| MICHAEL BROWN, et al., <br><br> Plaintiffs, <br> v. <br><br> PACIFICORP, dba ROCKY MOUNTAIN POWER COMPANY, an Oregon Company, <br><br> Defendant. | MOTION TO STAY <br><br> Case No. 2:15-CV-00095 DN <br> Judge: David O. Nuffer <br> Magistrate Judge: Evelyn Furse |

The Court recently sent an e-mail to Mr. Cline's assistant requesting the addresses of the Brown Case plaintiffs so that they could receive a "notice from the Court." Russell Cline ("Cline") moves the Court to stay this request, and stay any direct mailing to Mr. Cline's clients, until the Court has ruled on the Motion to Disqualify and Mr. Cline has had the right to file an objection under Rule 72 of the Federal Rules of Civil Procedure, as well as subsequent appeal rights, or waives the same. This Court should also stay any enforcement of an Order granting the Motion to

Disqualify until those appeal rights are exercised or waived.

For clients to be mailed an Order from the Court stating that Mr. Cline has been disqualified as their counsel, and later receive an Order stating the original ruling has been reversed by the District Court Judge or the Tenth Circuit and Mr. Cline is still their attorney, would irreparably harm the attorney-client relationship. If a client hires another attorney and the Order is reversed, how can the new representation be undone?

For the foregoing reasons, this Motion to Stay should be granted.

DATED this 23rd day of October, 2015

                                        **CRIPPEN & CLINE L.C.**

                                        /s/ Russell A. Cline
                                        Attorney for the Brown Plaintiffs Clients

CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 23rd day of October, 2015, I caused the foregoing to be delivered via the court's electronic filing system to the following:

Stephen J. Hill
Jonathan R. Schofield
Kara M. Houck
Parr Brown Gee & Loveless
185 South State Street, Suite 800
Salt Lake City, UT 84111

Michael R. Carlsto
Scott H.Martin
Maralyn M. English
D. Jason Hawkins
Snow Christensen & Martineau
10 Exchange Place, 11th Floor
Salt Lake City, UT 84111

Robert W. Jackson
Brett R. Parkinson
Law Offices of Robert W. Jackson
205 West Alvarado Street
Fallbrook, CA 92028
R. Jeffrey Richards
Rocky Mountain Power
201 South Main Street, Suite 2300
Salt Lake City, Utah 84111

Grant M. Sumsion
Jason S. Crandall
Sumsion Steele & Crandall
3400 Ashton Blvd., Suite 490
Lehi, UT 84043

David D. Jeffs, P.C.
Jeffs & Jeffs, P.C.
90 North 100 East
P.O. Box 888
Provo, UT 84603

D. Matthew Moscon
Mark E. Hindley
R. Chad Pugh
Stoel Rives LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111

                                             /s/ Russell A. Cline